IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                       )<br>               Plaintiff,                   )<br>                                                       )<br>       vs.                                       )<br>                                                       )<br>SERGIO TOVAR-ARREDONDO,  )<br>                                                       )<br>               Defendant.               ) | 8:06CR228<br><br>ORDER |

Defendant's Motion to Continue the plea hearing (Filing No. 14) is granted.

**IT IS ORDERED** that the Change of Plea hearing is continued to **October 18, 2006** at **9:15 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **October 6, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 6th day of October, 2006.

BY THE COURT:


s/ Thomas D. Thalken
United States Magistrate Judge